IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cr337 |
| | ) | |
| v. | ) | |
| | ) | |
| RAFAEL LOPEZ-RICO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 15 be stricken from the record for the following reason(s):

- Duplicate document of number 13.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 15 from the record.

DATED this 29th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court