IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR337 |
| | ) | |
| v. | ) | |
| | ) | |
| RAFAEL LOPEZ-RICO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

       This matter is before the Court on the motion of Carlos A. Monzon to withdraw as attorney of record for defendant (Filing No. 19). The Court notes new counsel has made an appearance on behalf of defendant. Accordingly,

       IT IS ORDERED that said motion is granted; Carlos A. Monzon is deemed withdrawn as counsel of record for defendant.

       DATED this 2nd day of September, 2005.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court