IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )       8:05CR337
                                )
       v.                       )
                                )
RAFAEL LOPEZ-RICO,              )       ORDER
                                )
            Defendant.          )
_____)
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Monday, November 14, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 4th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court